No. 417. Ex parte Antonio Rodríguez, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en diciembre 16, 1913. Resuelto en diciembre 16, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 420. Ex parte José D. Rodríguez, Peticionario.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company en diciembre 20, 1913. Resuelto en diciembre 22, 1913. Aprobada dicha fianza.

No. 422. Ex parte Rosendo Cordero Rodríguez, Peticionario.—Solicitud para que se apruebe la fianza notarial No. 2684 otorgada por la National Surety Company en diciembre 22, 1913. Resuelto en diciembre 23, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 189. Ex parte Miguel Guerra, Peticionario.—Solicitud para que se apruebe la fianza notarial personal otorgada por Don Arturo y Don Gabriel Guerra por escritura de 15 de diciembre de 1913 ante el Notario Don Francisco de la Torre. Resuelto en diciembre 23, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

No. 1086. Monge, Demandante y Apelado, v. Central Vannina, Demandada y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación por no haberse presentado la exposición del caso ni pliego de excep-